The People of the State of New York v. American Cotton Exchange.— Motion granted so far as to extend respondent's time to file brief so that the appeal may be argued on the 28th day of November, 1922, and to adjourn the hearing of said appeal to said date; the said appeal to be argued or submitted on said 28th day of November, 1922. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

American Union Line, Inc., Respondent, v. Oriental Navigation Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. The amended complaint to be served within ten days from the date of entry of this order upon payment of the costs provided to be paid by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Harry Altmark, Appellant, v. Minnie Altmark, Respondent.— Order modified by reducing alimony to $15 per week, and providing that counsel fee of $150 be paid in three equal monthly installments, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Joseph Schor, Respondent, v. Belle Meade Farm Colony and Sanitorium and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Dowling and Merrell, JJ., dissenting.

Selina A. Enge, Appellant, v. Philip Weintraub (Sued Herein as Phil Weintraub), Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Freed-Eisemann Radio Corporation, Respondent, v. Wireless Specialty Apparatus Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Dowling and Merrell, JJ., dissenting.

Freed-Eisemann Radio Corporation, Respondent, v. Wireless Specialty Apparatus Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Dowling and Merrell, JJ., dissenting.

Freed-Eisemann Radio Corporation, Respondent, v. Wireless Specialty Apparatus Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Dowling and Merrell, JJ., dissenting.

Oscar Shank Textile Corporation, Appellant, v. " Louis " Hemmerdinger, First Name Being Fictitious, etc., and Another, Individually and as Copartners, etc., Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

The Obelisk Waterproofing Company, Respondent, v. Andrew Nicola, Appellant.— Order reversed and motion granted upon payment of taxable costs to date, without costs to either party in this court. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of the Application of The Interocean Mercantile Corporation and The Equitable Trust Company of New York, for the Appointment of